**Janet ADAMS and Robert Adams, Her Husband, Petitioners**

v.

**David A. REESE and Karen C. Reese, Respondents**

No. 132 WAL 2017

Supreme Court of Pennsylvania.

July 6, 2017

## ORDER

PER CURIAM

**AND NOW,** this 6th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**